AO 451 (Rev. 12/93) Certification of Judgment

# United States District Court

## FOR THE MIDDLE DISTRICT OF GEORGIA

TRACY ANN MCMEANS

Plaintiff

v.

YONG LYLES

Defendant

CERTIFICATION OF JUDGMENT FOR
REGISTRATION IN ANOTHER DISTRICT

CASE NUMBER: 4-99-cv-46 (HL)

*[Stamp:]* RECEIVED 2006 JAN 20 A 9:52 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

I, Gregory J. Leonard, Clerk of the United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on __10/26/1999__, as it appears in the records of this court, and that
                                                                    date

No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF**, I sign my name and affix the seal of this Court

1/19/2006
Date

Gregory J. Leonard
Clerk

*[signature]*
(By) Deputy Clerk

*Insert the appropriate language: . . ."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." . . . "no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." . . ."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]." . . ."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App.P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

# United States District Court
## FOR THE MIDDLE DISTRICT OF GEORGIA
### COLUMBUS DIVISION

FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA
99 OCT 26 PM 1:45

_____
DEPUTY CLERK

| | |
|---|---|
| TRACY ANN MCMEANS<br><br>    Plaintiff,<br><br>vs.<br><br>YONG LYLES<br><br>    Defendant. | CASE NO. 4:99-CV-46 (JRE)<br><br>Civil Order Volume: 23<br>Page: 2210 |

## JUDGMENT IN A CIVIL CASE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the plaintiff is entitled to recover compensatory damages in the amount of $92,583.00, attorneys' fees in the amount of $35,000.00, and punitive damages in the amount of $250,000.00, plus cost of this action, and interest from the date of the judgment at the legal rate of 5.411 % per annum.

DATE: October 26, 1999

GREGORY J. LEONARD, CLERK

Sharon Tyner, Deputy Clerk

Approved as to form:

_Hugh Lawson_
Hugh Lawson
U. S. District Court Judge

A true and certified copy
This _____ 20__
GREGORY J. LEONARD, CLERK
U.S. DISTRICT COURT, MD Ga.
By: _____ Deputy Clerk